UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM L. HICKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDY G. HOCKING, HOCKING OIL COMPANY, INC., and COUNTRYMARK COOPERATIVE, LLP,<br><br>    Defendant. | Case No. 07-cv-829-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion to Delay Entry of Judgment (Doc. 70). The Court, having been advised that the parties have settled this action, but that more time is needed to consummate the settlement, hereby GRANTS the Motion. The Court **DIRECTS** the Clerk of Court to enter judgment of dismissal with prejudice and without costs 30 days from the date of this Order. Should the parties fail to consummate settlement within 30 days, they may petition the Court to delay entry of judgment until a later date.

**IT IS SO ORDERED.**
**DATED: March 16, 2009**

                                       s/ J. Phil Gilbert
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**