IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM HICKMAN, ) | |
| Plaintiff, ) | |
| v. ) | NO. 07-cv-829-JPG-CJP |
| HOCKING OIL COMPANY, INC. *et al.*, ) | |
| Defendants ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:** May 21, 2009

JUSTINE FLANAGAN, ACTING CLERK

 s/Brenda K. Lowe
**Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**